A. John Pate (Utah Bar No. 6303)
jpate@patebaird.com
Gordon K. Hill (Utah Bar No. 9361)
ghill@patebaird.com
PATE BAIRD, PLLC
36 West Fireclay Avenue
Salt Lake City, Utah 84107

*Attorneys for Plaintiff*
*ESIP Series 1, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESIP SERIES 1, LLC, a Utah Limited Liability Company,<br><br>      Plaintiff,<br><br>   v.<br><br>GREENAIR, INC., an Ohio Corporation, M SQUARED PROCUREMENT AND LOGISTICS, INC., a Utah Corporation, ZOGOWORX, LLC, a Utah limited liability company d/b/a ONLINE HEALTHY OFFERS and ZOGOSPORTZ, and DOE COMPANIES 1-50,<br><br>      Defendants. | Civil Action No. 2:14-CV-0207-PMW<br><br><br><br>**STIPULATED MOTION FOR CONSENT JUDGMENT**<br><br><br><br>Magistrate Judge Paul M. Warner |

Plaintiff, ESIP Series 1, LLC and Defendant, Greenair, Inc. and Defendant ZoGoWorx, LLC, hereby jointly move the Court for entry of the Consent Judgment, Findings of Fact and Conclusions of Law, attached hereto as Exhibit A.

The parties have entered into a settlement of this case.  The terms of the settlement include entry of the attached Consent Judgment, Findings of Fact and Conclusions of Law.  The

parties have reviewed the Consent Judgment, Findings of Fact and Conclusions of Law, and now

move the Court to enter the same.


For Plaintiff, ESIP Series 1, LLC,

DATED: March 16, 2015.

Respectfully submitted,

 /s/ Gordon K. Hill
Gordon K. Hill
A. John Pate
PATE BAIRD

*Attorneys for Plaintiff,*
*ESIP Series 1, LLC.*

For Defendants, Greenair, Inc. and ZoGoWorx, LLC d/b/a Online Healthy Offers and ZoGoSportz,

DATED: March 16, 2015.

Respectfully submitted,

 /s/ Alan N. Hirth
Alan N. Hirth
MEYERS, ROMAN, FRIEDBERG & LEWIS

Alan J. Ross
LAW OFFICES OF ALAN J. ROSS

Stephen R. Waldron
SAVAGE, YEATES & WALDRON, P.C.

*Attorneys for Defendants,*
*Greenair, Inc. and ZoGoWorx, LLC d/b/a*
*Online Healthy Offers and ZoGoSportz.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2015, a true and correct copy of the

foregoing STIPULATED MOTION FOR CONSENT JUDGMENT was electronically filed with

the Clerk of the Court, using the CM/ECF system, which will automatically send email

notification of such filing to all counsel who have entered an appearance in this action.


_____/s/ Gordon K. Hill_____